IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

AUDUBON SOCIETY OF PORTLAND,
et al.,

      Plaintiffs,

    v.

SALY JEWELL, Secretary of United
States Department of Interior,
et al.,

      Defendants.

No. 1:14-cv-0675-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Because Defendants object to the Report and Recommendation, I have reviewed this matter de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I agree with the Report and Recommendation that Defendants

1 - ORDER

should finalize and approve a Comprehensive Conservation Plan no later than August 1, 2016.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#29) is adopted. Plaintiffs' motion for summary judgment (#19) is granted and Defendants' motion (#20) is denied. Plaintiffs are to submit a proposed form of judgment within 14 days from the date of this order.

IT IS SO ORDERED.

DATED this 15 day of April, 2015.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER